UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 00cr3233-JM |
| Plaintiff, | ) | |
| v. | ) ) ) | ORDER OF DISMISSAL OF INDICTMENT AND JUDGMENT AND RECALL ARREST WARRANT |
| DAVID BRAKO RUIZ-MARQUEZ(4), | ) ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrants be recalled.

IT IS SO ORDERED.

DATED: April 18, 2013

_____
Hon. Jeffrey T. Miller
United States District Judge